UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

UNITED STATES OF AMERICA            :

    - v. -                            :   **ORDER**

CARL WALSH,                         :   S1 22 Cr. 352 (JSR)

    Defendant.                       :

------------------------------- x

       WHEREAS, on November 18, 2022, the defendant appeared before the Court for purposes of waiving Indictment and pleading guilty to the above-captioned Superseding Information;

       WHEREAS, prior to pleading guilty and waiving indictment, the Court advised the defendant of his constitutional right to be charged by indictment brought by a grand jury;

       WHEREAS, having been advised of that constitutional right, the defendant signed a written waiver of indictment and waived indictment orally in open court;

       WHEREAS, at the time the defendant waived indictment and pleaded guilty, the Court sealed the proceeding;

       WHEREAS, the Government and the defendant agree that the Superseding Information no longer requires sealing;

       WHEREAS, the original written and signed waiver of indictment presently cannot be located;

IT IS HEREBY ORDERED that the Clerk of the Court shall docket the above-captioned Superseding Information.

SO ORDERED:

Dated:	New York, New York
	March 14, 2024

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE